UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Bruce A. Menard,  
    Plaintiff,

v.                                       File No. 2:11 CV 42

Michael J. Astrue,  
Commissioner of Social Security,  
    Defendant.

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed February 14, 2012. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion to Reverse Decision of Commissioner (Doc. 14) is **GRANTED**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 19) is **DENIED,** and the matter is **REMANDED** for further proceedings and a new decision.

Dated at Burlington, in the District of Vermont, this 5th day of March, 2012.

                                                <u>/s/ William K. Sessions III</u>  
                                                 William K. Sessions III  
                                                 U.S. District Court Judge